

IN THE UNITED STATES DISTRICT COURT **F I L E D**

NORTHERN DISTRICT OF ILLINOIS

Mar 10, 2008

MAR 1 0 2008 *MB*

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

| | |
|---|---|
| United States of America ex rel. ) | |
| ) | 08CV1479 |
| MICHAEL THRELKELD K-66117 ) | **JUDGE HIBBLER** |
| ) | |
| PETITIONER ) | **MAGISTRATE JUDGE NOLAN** |
| ) | |
| vs. ) | |
| ) | Case Number of State Court |
| STATEVILLE CORRECTIONAL CENTER ) | Conviction : No. 00CR 4537 |
| Warden Terry McCann ) | |
| ) | Honorable James B.Linn |
| ATTORNEY GENERAL OF THE STATE ) | Presiding Judge. |
| OF ILLINOIS LISA MADIGAN ) | |
| ) | |

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

I, _Michael Threlkeld_ declare that I am the Petitioner in
the above-entitled proceeding; that in support of my request to pro-
ceed without prepayment of fees or costs under 28 USC§ 1915 I declare
that I am unable to pay the costs of these proceedings and that I am
entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under
penalty of perjury:

1.)
Are you currently incaracted? : "Yes", the Petitioner is.

If "Yes", state the place of incaraction : Stateville Correctional
Center.

Are you employed at the institution? : "No", the Petitioner is not.
Attach a ledger sheet from the institution of you'r incaraction show-

ing at least the past six months transactions.

2.)

Are you currently employed? "No", the Petitioner is not.

If the answer is "Yes", state the amount of you'r take-home salary
or wages and pay period and give the name and address of you'r employ-
er.

If the answer is "No", state the date of you'r last employment, the
amount of you'r take-home salary or wages and pay period and address
of you'r last employer.

3.)

In the past 12 twelve months have you received any money from any of
the following sources? : "Yes", the Petitioner has received gifts.

If the answer is "Yes", describe, on the following page, each source
of money and state the amount received and what you expect you will
continue to receive. : The only money that the Petitioner has received
is the money that was sent for him to eat with and to buy soap with.
The Petitioner only receives three-hundred a month total from both
mother and brother who are 64 and 40 years of age.

4.)

Do you have any cash or checking or savings accounts? : "No", the
Petitioner does not.

If "Yes", state the total amount._____

5.)

Do you own any real estate,stocks,bonds,securities,or other financial
instruments,automobiles or any other thing of value? : "No". the
Petitioner does not.

If "Yes", describe the property and state it's value.

6.) List the persons who are dependent on you'r support, state you'r relationship to each person and indicate how much you contribute to their support. : <u>The persons who are dependent upon the Defendant for support are the Defendant's mother Ms.Gladys Williams Threlkeld, and brother Kevin B.Williams. The Petitioner would also like to assert that the financial contribution to his family arranged anywhere from four-hundred and fifty dollars to six-hundred. The Petitioner herein would also like to add that his moral and physical support was and is</u> currently a contribution to his elderly mother.

I declare under penalty of perjury that the above information is true and correct.

_____    _____
      (DATE)                        (SIGNATURE)


## CERTIFICATE

(Incarcerated applicants only to be)

(completed by the institution of incarcer-

(ation.

I certify that the applicant named herein has the sum of $ _312.22_ on account to his credit at Stateville Correctional Center. I futher certify that the applicant has the following securities to his credit: _____ . I futher certify that during the past six months the applicant's average balance was $ _293.59_ .

_2-13-08_    _____
  (DATE)              (SIGNATURE)
                      (OF OFFICER)

**Date:** 2/11/2008      **Stateville Correctional Center**     Page 1

**Time:** 1:54pm     **Trust Fund**

d_list_inmate_trans_statement_composite     Inmate Transaction Statement

REPORT CRITERIA - Date: 08/11/2007 thru End;    Inmate: K66117;    Active Status Only ? : No;    Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print
Balance Errors Only ? : No

**Inmate: K66117 Threlkeld, Michael**          **Housing Unit: STA-B -08-18**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
| | | | | | **Beginning Balance:** | | 211.30 |
| 08/16/07 | Disbursements | 80 Postage | 228337 | Chk #135829 | g0808187, DOC: 523 Fund Reimbu, Inv. Date: 08/08/2007 | -.41 | 210.89 |
| 08/20/07 | Point of Sale | 60 Commissary | 232781 | 503498 | Commissary | -109.92 | 100.97 |
| 08/28/07 | Point of Sale | 60 Commissary | 240781 | 504745 | Commissary | -29.49 | 71.48 |
| 08/30/07 | Mail Room | 10 Western Union | 242200 | 7768613285 | WILLIAMS, GLADYS | 50.00 | 121.48 |
| 08/30/07 | Mail Room | 10 Western Union | 242200 | 2031297890 | WILLIAMS, GLADYS | 50.00 | 171.48 |
| 08/30/07 | Mail Room | 10 Western Union | 242200 | 1781214319 | WILLIAMS, GLADYS | 50.00 | 221.48 |
| 08/30/07 | Mail Room | 10 Western Union | 242200 | 6770951510 | WILLIAMS, GLADYS | 50.00 | 271.48 |
| 09/12/07 | Disbursements | 80 Postage | 255390 | Chk #136132 | C0912071, DOC: 523 Fund Inmate, Inv. Date: 09/12/2007 | -1.65 | 269.83 |
| 09/13/07 | Payroll | 20 Payroll Adjustment | 2561148 | | P/R month of 08/2007 | .34 | 270.17 |
| 09/17/07 | Disbursements | 80 Postage | 260390 | Chk #136224 | C0914104, DOC: 523 Fund Inmate, Inv. Date: 09/14/2007 | -.41 | 269.76 |
| 09/18/07 | Point of Sale | 60 Commissary | 2617142 | 506525 | Commissary | -35.82 | 233.94 |
| 09/19/07 | Point of Sale | 60 Commissary | 2627135 | 506768 | Commissary | 35.82 | 269.76 |
| 09/21/07 | Disbursements | 84 Library | 264390 | Chk #136339 | C0919015, DOC: 523 Fund Librar, Inv. Date: 09/19/2007 | -.60 | 269.16 |
| 09/21/07 | Disbursements | 80 Postage | 264390 | Chk #136340 | g0919115, DOC: 523 Fund Inmate, Inv. Date: 09/19/2007 | -.97 | 268.19 |
| 10/01/07 | Point of Sale | 60 Commissary | 2747137 | 508125 | Commissary | -50.49 | 217.70 |
| 10/04/07 | Mail Room | 10 Western Union | 277200 | 4550933195 | WILLIAMS, GLADYS | 50.00 | 267.70 |
| 10/04/07 | Mail Room | 10 Western Union | 277200 | 1721124705 | WILLIAMS, GLADYS | 50.00 | 317.70 |
| 10/04/07 | Mail Room | 10 Western Union | 277200 | 0577480175 | WILLIAMS, GLADYS | 50.00 | 367.70 |
| 10/08/07 | Disbursements | 88 payment | 281390 | Chk #136571 | C1005061, Threlkeld, Gladys Wi, Inv. Date: 10/05/2007 | -50.00 | 317.70 |
| 10/09/07 | Payroll | 20 Payroll Adjustment | 282190 | | P/R month of 09/2007 | 4.84 | 322.54 |
| 10/15/07 | Disbursements | 84 Library | 288390 | Chk #136656 | j1010621, DOC: 523 Fund Librar, Inv. Date: 10/10/2007 | -3.45 | 319.09 |
| 10/15/07 | Point of Sale | 60 Commissary | 288781 | 510130 | Commissary | -80.13 | 238.96 |
| 10/22/07 | Point of Sale | 60 Commissary | 2957142 | 511212 | Commissary | -46.40 | 192.56 |
| 10/29/07 | Disbursements | 80 Postage | 302390 | Chk #136898 | C1026120, DOC: 523 Fund Inmate, Inv. Date: 10/26/2007 | -.41 | 192.15 |
| 11/08/07 | Mail Room | 10 Western Union | 312200 | 6711620695 | WILLIAMS, GLADYS | 50.00 | 242.15 |
| 11/08/07 | Mail Room | 10 Western Union | 312200 | 9921044753 | WILLIAMS, GLADYS | 50.00 | 292.15 |
| 11/08/07 | Mail Room | 10 Western Union | 312200 | 8201869313 | WILLIAMS, GLADYS | 50.00 | 342.15 |
| 11/08/07 | Mail Room | 10 Western Union | 312200 | 7952321579 | WILLIAMS, GLADYS | 50.00 | 392.15 |
| 11/12/07 | Payroll | 20 Payroll Adjustment | 316190 | | P/R month of 10/2007 | 11.25 | 403.40 |
| 11/12/07 | Point of Sale | 60 Commissary | 3167150 | 512915 | Commissary | -140.17 | 263.23 |
| 11/20/07 | Point of Sale | 60 Commissary | 324781 | 514336 | Commissary | -79.39 | 183.84 |
| 11/21/07 | Mail Room | 01 MO/Checks (Not Held) | 3252164 | 10675214458 | Williams, Kevin | 50.00 | 233.84 |
| 12/03/07 | Point of Sale | 60 Commissary | 3377142 | 515552 | Commissary | -19.67 | 214.17 |
| 12/06/07 | Mail Room | 10 Western Union | 340200 | 6181893880 | WILLIAMS, GLADYS | 50.00 | 264.17 |
| 12/06/07 | Mail Room | 10 Western Union | 340200 | 1332878022 | WILLIAMS, GLADYS | 50.00 | 314.17 |
| 12/06/07 | Mail Room | 10 Western Union | 340200 | 1062737772 | WILLIAMS, GLADYS | 50.00 | 364.17 |
| 12/06/07 | Mail Room | 10 Western Union | 340200 | 4072028804 | WILLIAMS, GLADYS | 50.00 | 414.17 |
| 12/06/07 | Mail Room | 10 Western Union | 340200 | 0480332339 | WILLIAMS, GLADYS | 50.00 | 464.17 |
| 12/10/07 | Disbursements | 80 Postage | 344390 | Chk #137569 | g1207009, DOC: 523 Fund Inmate, Inv. Date: 12/07/2007 | -1.31 | 462.86 |
| 12/10/07 | Point of Sale | 60 Commissary | 3447137 | 516543 | Commissary | -82.42 | 380.44 |
| 12/12/07 | Disbursements | 80 Postage | 346390 | Chk #137575 | g1210003, DOC: 523 Fund Inmate, Inv. Date: 12/10/2007 | -1.14 | 379.30 |
| 12/12/07 | Payroll | 20 Payroll Adjustment | 346190 | | P/R month of 11/2007 | 3.00 | 382.30 |

Date: 2/11/2008
Time: 1:54pm

d_list_inmate_trans_statement_composite

**Stateville Correctional Center**
**Trust Fund**
Inmate Transaction Statement

Page 2

REPORT CRITERIA  -  Date: 08/11/2007 thru End;     Inmate: K66117;     Active Status Only ? : No;     Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;     Print Furloughs / Restitutions ? : Yes;     Include Inmate Totals ? : Yes;     Print
Balance Errors Only ? : No

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Inmate: K66117 Threlkeld, Michael** | | | | | **Housing Unit: STA-B -08-18** | | |

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 12/14/07 | Disbursements | 84 Library | 348390 | Chk #137608 | C1212041, DOC: 523 Fund Librar, Inv. Date: 12/12/2007 | -3.10 | 379.20 |
| 12/14/07 | Disbursements | 84 Library | 348390 | Chk #137608 | C1212162, DOC: 523 Fund Librar, Inv. Date: 12/12/2007 | -2.00 | 377.20 |
| 12/14/07 | Point of Sale | 60 Commissary | 3487142 | 517842 | Commissary | -49.35 | 327.85 |
| 01/03/08 | Disbursements | 90 Medical Co-Pay | 003390 | Chk #137986 | j0102017, DOC: 523 Fund Inmate, Inv. Date: 01/02/2008 | -2.00 | 325.85 |
| 01/08/08 | Mail Room | 01 MO/Checks (Not Held) | 0082164 | C1888494 | Coverson, Mamie | 25.00 | 350.85 |
| 01/09/08 | Point of Sale | 60 Commissary | 0097142 | 520383 | Commissary | -95.56 | 255.29 |
| 01/09/08 | Payroll | 20 Payroll Adjustment | 009190 | | P/R month of 12/2007 | 7.50 | 262.79 |
| 01/11/08 | Disbursements | 80 Postage | 011390 | Chk #138101 | g0109253, DOC: 523 Fund Inmate, Inv. Date: 01/09/2008 | -4.60 | 258.19 |
| 01/16/08 | Point of Sale | 60 Commissary | 0167137 | 521603 | Commissary | -5.76 | 252.43 |
| 01/17/08 | Point of Sale | 60 Commissary | 0177135 | 521843 | Commissary | 5.76 | 258.19 |
| 01/18/08 | Mail Room | 10 Western Union | 018200 | 3170370123 | WILLIAMS, GLADYS | 50.00 | 308.19 |
| 01/18/08 | Mail Room | 10 Western Union | 018200 | 6630517808 | WILLIAMS, GLADYS | 50.00 | 358.19 |
| 01/18/08 | Mail Room | 10 Western Union | 018200 | 6610422290 | WILLIAMS, GLADYS | 50.00 | 408.19 |
| 01/24/08 | Disbursements | 80 Postage | 024390 | Chk #138419 | g0123068, DOC: 523 Fund Inmate, Inv. Date: 01/23/2008 | -.58 | 407.61 |
| 01/24/08 | Disbursements | 80 Postage | 024390 | Chk #138419 | g0123065, DOC: 523 Fund Inmate, Inv. Date: 01/23/2008 | -.41 | 407.20 |
| 01/29/08 | Point of Sale | 60 Commissary | 029783 | 523156 | Commissary | -92.55 | 314.65 |
| 01/31/08 | Disbursements | 93 R & C - UPS | 031337 | Chk #138532 | C0131112, Central Inmate Benef, Inv. Date: 01/31/2008 | -4.54 | 310.11 |
| 01/31/08 | Disbursements | 80 Postage | 031337 | Chk #138533 | g0129086, DOC: 523 Fund Inmate, Inv. Date: 01/29/2008 | -.41 | 309.70 |
| 01/31/08 | Disbursements | 80 Postage | 031337 | Chk #138533 | g0129087, DOC: 523 Fund Inmate, Inv. Date: 01/29/2008 | -.41 | 309.29 |
| 02/08/08 | Payroll | 20 Payroll Adjustment | 039190 | | P/R month of 01/2008 | 3.75 | 313.04 |

| | |
|---|---|
| **Total Inmate Funds:** | 313.04 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | .82 |
| **Funds Available:** | 312.22 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 02/08/2008 | g0208051 | Disb | Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 02/08/2008 | g0208053 | Disb | Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| | | | | **Total Restrictions:** | **$0.82** |