IN THE UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF ILLINOIS

FILED
Mar 10, 2008
MAR 1 0 2008
MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| United States of America ex rel. ) <br> ) <br> MICHAEL THRELKELD K-66117 ) <br> ) <br> PETITIONER ) <br> ) <br> vs. ) <br> ) <br> STATEVILLE CORRECTIONAL CENTER ) <br> Warden Terry McCann ) <br> ) <br> ATTORNEY GENERAL OF THE STATE ) <br> OF ILLINOIS LISA MADIGAN ) <br> ) <br> ) <br> ) | 08CV1479 <br> JUDGE HIBBLER <br> MAGISTRATE JUDGE NOLAN <br> <br> Judge: <br> Magistrate Judge: <br> <br> Case number of State Court <br> Conviction : No. 00CR 4537 <br> Honorable James B. Linn <br> Presiding Judge. |

## MOTION FOR APPOINTMENT OF COUNSEL

1.) I, Michael Threlkeld, declare that I am the Defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2.) In support of my motion, I declare that I have made the following attempts to retain counsel to repersent me in this proceeding:

3.) In futher support of my motion, I declare that I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

4.) In futher support of my motion, I effectively declare that I have previously filed an Application to Proceed In Forma Pauperis in this

proceeding and it is true and correct representation of my financial status.

5.) I declare under penalty of perjury that the foregoing is true and correct.

_____
(SIGNATURE)

P.O. BOX 112
STATEVILLE C.C
JOLIET ILLINOIS
60434
K-66117

_____
(DATE)