Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 1479 | DATE | May 12, 2008 |
| CASE TITLE | U.S. ex rel. Michael Threlkeld v. Terry McCann | | |

**DOCKET ENTRY TEXT:**

Petitioner Michael Threlkeld has paid the $5.00 filing fee for his petition for habeas corpus relief. The respondent is ordered to answer the petition or otherwise respond within 30 days of the date this order is entered on the clerk's docket.

■ [For further details see text below.]   Docketing to mail notices.

## STATEMENT

Petitioner Michael Threlkeld (K-66117), a state prisoner at Stateville Correctional Center, has filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Challenging his 2001 murder convictions, petitioner asserts the following claims: the trial court erred in admitting evidence; the trial evidence was insufficient to establish an element of the offense; his attorney was ineffective for not calling a witness; and the state courts did not properly consider petitioner's post-conviction pleadings.

Petitioner has paid the $5 filing fee in accordance with this Court's March 27, 2008 order, and he may proceed with his petition. Respondent is ordered to answer or otherwise plead to the petition within thirty days of the date this order is entered on the clerk's docket.

Petitioner is instructed to file all future papers concerning this action with the Clerk of Court in care of the Prisoner Correspondent. Petitioner must provide the court with the original plus a judge's copy (including a complete copy of any exhibits) of every document filed. In addition, petitioner must send an exact copy of any court filing to the Chief of the Criminal Appeals and Habeas Division, Attorney General's Office, 100 West Randolph Street, 12th Floor, Chicago, Illinois 60601. Every document filed by petitioner must include a certificate of service stating to whom exact copies were sent and the date of mailing. Any paper that is sent directly to the judge or that otherwise fails to comply with these instructions may be disregarded by the court or returned to petitioner.

isk