**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| United States ex rel. Michael Threlkeld v. Terry McCann | 08 C 1479 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Respondent Warden Terry McCann

| | |
|---|---|
| NAME (Type or print) <br> Jay Paul Hoffmann | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Jay Paul Hoffmann | |
| FIRM <br> Illinois Attorney General's Office | |
| STREET ADDRESS    100 W. Randolph Street, 12th Floor | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60601-3218 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> IL 6204296 | TELEPHONE NUMBER <br> 312-814-3421 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. MICHAEL THRELKELD, </br></br>         Petitioner, </br></br> vs. </br></br> TERRY McCANN, Warden </br></br>         Respondent. | ) </br> ) </br> ) </br> ) </br> )          No. 08 C 1479 </br> ) </br> )          The Honorable </br> )          William J. Hibbler, </br> )          Judge Presiding. </br> ) |

**CERTIFICATE OF ELECTRONIC FILING**

I hereby certify that on May 27, 2008, I electronically filed the attached APPEARANCE with the Clerk of Court using the CM/ECF system. I also certify that on May 27, 2008, I mailed by United States Postal Service, the above referenced Appearance and a Notice to the following non-registered participant:

Michael Threlkeld, # K66117
Route 53
P.O. Box 112
Joliet, Illinois 60434

                                                              Respectfully submitted,
                                                              s/ Jay Paul Hoffmann
                                                              A.A.G. JAY PAUL HOFFMANN
                                                              100 West Randolph Street, 12th Floor
                                                               Chicago, Illinois 60601
                                                               Phone: (312) 814-3421
                                                               FAX: (312) 814-2253
                                                                E-mail: jhoffmann@atg.state.il.us
                                                               Att.Reg.No.: 6204296