IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. MICHAEL THRELKELD, | ) ) ) | |
| Petitioner, | ) ) | No. 08 C 1479 |
| vs. | ) ) | |
| TERRY McCANN, Warden | ) ) ) | The Honorable William J. Hibbler, Judge Presiding. |
| Respondent. | ) | |

**MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO
THE PETITION FOR WRIT OF HABEAS CORPUS**

NOW COMES RESPONDENT, Terry McCann, by and through his counsel, LISA MADIGAN,

Attorney General of Illinois, and moves this Court for a Forty-five (45) day extension of time from

June 13, 2008 to July 28, 2008, in which to file a responsive pleading in this cause.

An affidavit in support of this motion is attached.

                                        Respectfully submitted,

                                        LISA MADIGAN
                                        Attorney General of Illinois

                        BY:    s/ Jay Paul Hoffmann
                               JAY PAUL HOFFMANN
                               Assistant Attorney General
                               100 W. Randolph Street, 12th Floor
                               Chicago, Illinois 60601-3218
                               (312) 814-3421
                               FAX: (312) 814-2253
                               E-mail: jhoffmann@atg.state.il.us
                               Att.Reg.No.: 6204296

STATE OF ILLINOIS      )
                         ) SS
COUNTY OF COOK      )

## AFFIDAVIT

I, Jay Paul Hoffmann, being first duly sworn upon oath, depose and state:

1.      I am the Assistant Attorney General assigned to this case.

2.      Respondent's responsive pleading is currently due on June 13, 2008.  This is respondent's first request for an extension of time in this action.

3.      In addition to his duties as supervising attorney regarding appeals in cases brought under the Illinois Sexually Violent Persons Commitment Act, affiant is also currently responsible for the preparation of pleadings, oral argument and/or other proceedings in other cases including in the United States District Court for the Northern District of Illinois, respondents' answers to the petitions for habeas corpus in *Andrew Suh v. Eddie Jones*, No. 03 C 7014, and *Milton Jones v. Terry McCann*, No. 08 C 2057, in The United States District Court for the Southern District of Illinois, respondent's answer to the petition for habeas corpus in *Ronald Holtz v. Bradley Robert*, No. 08-219-WDS, and in the Circuit Court of Cook County, Illinois, preparation and argument on defendant's motion in arrest of judgment in *Smith v. Thomas*, No. 06 CR 80007.

4.      In addition, affiant is attempting to obtain the state-court documents necessary to prepare a response to the petition, but is unsure when he will obtain those documents.

5.      This request is made in good faith and not for the purpose of delay.

**WHEREFORE,** for the foregoing reasons, respondent requests that this Court grant him an extension of time up to and including July 28, 2008, in which to answer or otherwise plead in the instant case.

1

FURTHER AFFIANT SAYETH NOT.


May 27, 2008                                          s/ Jay Paul Hoffmann
                                                     JAY PAUL HOFFMANN
                                                     Assistance Attorney General
                                                     100 W. Randolph Street, 12th Floor
                                                     Chicago, Illinois  60601-3218
                                                     (312) 814-3421
                                                     FAX: (312) 814-2253
                                                     E-mail: jhoffmann@atg.state.il.us
                                                     Att.Reg.No.: 6204296

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. <br> MICHAEL THRELKELD, <br><br>     Petitioner, <br><br>       vs. <br><br> TERRY McCANN, Warden <br><br>     Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No.  08 C 1479 <br><br> The Honorable <br> William J. Hibbler, <br> Judge Presiding. |

**CERTIFICATE OF ELECTRONIC FILING AND SERVICE**

I certify that on May 27, 2008, I electronically filed respondent's MOTION FOR EXTENSION OF TIME with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following.  I further certify that on May 27, 2008, I mailed by United States Postal Service, the above referenced motion to the following non-registered participant:

Michael Threlkeld, # K66117
Route 53
P.O. Box 112
Joliet, Illinois 60434

Respectfully submitted,

s/ Jay Paul Hoffmann
JAY PAUL HOFFMANN
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601-3218
Phone: (312) 814-3421
FAX: (312) 814-2253
E-mail: jhoffmann@atg.state.il.us
Att.Reg.No.: 6204296
