IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. MICHAEL THRELKELD, <br><br>    Petitioner,<br><br> vs.<br><br> TERRY McCANN, Warden<br><br>    Respondent. | )<br>)<br>)<br>)<br>)    No. 08 C 1479<br>)<br>)    The Honorable<br>)    William J. Hibbler,<br>)    Judge Presiding.<br>) |

**NOTICE OF MOTION**

TO:   Michael Threlkeld, # K66117
      Route 53
      P.O. Box 112
      Joliet, Illinois 60434


     On June 4, 2008 at 9:30 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable William J. Hibbler, Room 1225, or any judge sitting in his stead in the courtroom usually occupied by him at 219 South Dearborn Street, Chicago, Illinois and present the attached MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO THE PETITION FOR WRIT OF HABEAS CORPUS.


                              LISA MADIGAN
                              Attorney General of Illinois

                    BY:    s/ JAY PAUL HOFFMANN
                           JAY PAUL HOFFMANN
                           Assistant Attorney General
                           100 W. Randolph Street, 12th Floor
                           Chicago, Illinois 60601-3218
                           (312) 814-3421
                           FAX: (312) 814-2253
                           E-mail: jhoffmann@atg.state.il.us
                           Att.Reg.No.: 6204296