# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William J. Hibbler | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1479 | **DATE** | 6/3/2008 |
| **CASE TITLE** | USA ex rel. Threlkeld vs. McCann | | |

**DOCKET ENTRY TEXT**

Respondent's motion for extension of time until 7/28/08 to answer or otherwise plead to the petition for writ of habeas corpus is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JHC |
|---|---|---|