IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

FILED
6-2-2008
JUN 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| United States of America ex rel. | |
| MICHAEL THRELKELD K-66117 | Honorable Judge Hibbler |
| PETITIONER | Magistrate Judge Nolan |
| vs. | Case Number 08C 1479 |
| STATEVILLE CORRECTIONAL CENTER Warden Terry McCann | Case Number of State Court Conviction : No. 00CR 4537 |
| | Honorable James B. Linn |

MOTION TO SUPPLEMENT THE PETITIONER'S PENDING HABEAS CORPUS PETITION, WITH ONE PAGE OF THE APPELLATE COURT'S BRIEF IN ARGUMENT IN WHICH CONSTITUTED TO THE DISMISSAL OF THE PETITIONER'S POST CONVIction PETITION.

---

Appellant, Michael Threlkeld, respectfully request leave to supplement the record on appeal with one page of the Appellate Court's brief in argument in which constituted to the dismissal of the Petitioner's post conviction petition.

In support of this motion, the said Petitioner Michael Threlkeld states that :

1.) The Appellant's petition for leave to Appeal regarding the dismissal of his post conviction petition was denied on November 29, 2007.

2.) The Defendant Michael Threlkeld is currently incarcerated at Stateville Correctional Center.

1.)

3.)  The Petitioner's petition for Writ of Habeas Corpus petition was filed recently and docketed on March 12th, 2008.

4.)  The proposed supplemental record consists of one page of the Appellate Court's brief, specificly pages 22, which constituted to a dismissal of his post conviction petition, appeal number : 1-05-2915.

5.)  The State's has not yet responded to the pending petition.

WHEREFORE, Appellant Threlkeld respectfully requests that the Court grant this motion.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America ex rel. | |
| MICHAEL THRELKELD K-66117 | Honorable Judge Hibbler |
| PETITIONER | Magistrate Judge Nolan |
| vs. | Case Number: 08C 1479 |
| STATEVILLE CORRECTIONAL CENTER Warden Terry McCann | Case Number of State Court Conviction: 00CR 4537 |
| | Honorable Judge James B. Linn. |

PROOF OF SERVICE

TO:
Richard A. Devine, Cook County State's Attorney, 300 Daley Center, Chicago Illinois, 60602.

TO:
Clerk of the U.S District Court, Prisoners Corrospondance, United States Court House, 219 S. Dearborn Street, Chicago Illinois, 60604.

You are hereby notified that on May 27th, 2008, I, Michael Threlkeld have personally delivered the original and three copies of the attached Motion to supplement the record on appeal with one copy and page of the Appellate Court's brief and argument in which constituted to the dismissal of the Petitioner's post conviction petition in the above-entitled cause to the clerk of the above Court, a copy of which is hereby served on you.

x _/s/ Michael Threlkeld_
MICHAEL   THRELKELD

STATE OF ILLINOIS     )
                      ) SS
COUNTY OF COOK        )

        The undersigned, being first duly sworn on oath, deposes and states that he personally delivered the required number of copies of the attached Motion to the clerk of the above court and to the State's Attorney of the Cook County on May 27TH, 2008.

x _____
      MICHAEL   THRELKELD

PRO SE PETITIONER

SUBSCRIBED AND SWORN TO BEFORE ME ON May 27TH, 2008.

_____
NOTARY PUBLIC

OFFICIAL SEAL
SHERWIN K. MILES
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-20-2012

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

RECEIVED
JUN 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| United States of America ex rel. ) | |
| MICHAEL THRELKELD K-66117 ) | Honorable Judge Hibbler |
| PETITIONER ) | Magistrate Judge Nolan |
| vs. ) | Case Number: 08C 1479 |
| STATEVILLE CORRECTIONAL CENTER ) Warden Terry McCann ) | Case Number of State Court Conviction: 00CR 4537 |
| ) | Honorable Judge James B. Linn. |

ORDER

This matter coming to be heard on Appellant's Motion, all parties having been duly notified, and the Court being advised in the premises, IT IS HEREBY ORDERED:

       That the Motion to supplement the Petitioner's pending Habeas Corpus petition, with one page of the Appellate Court's brief in argument in which constituted to the dismissal of the Petitioner's post conviction petition, is hereby allowed/denied.

_____
PRESIDING JUDGE

_____
MAGISTRATE JUDGE

Date:_____

MICHAEL THRELKELD
PRO SE PETITIONER

STATE OF ILLINOIS  )
                   ) SS
COUNTY OF ILLINOIS )

## AFFIDAVIT

I, Michael Threlkeld, being first duly sworn on oath, deposes and states that he has read the forgoing Motion and states that the facts stated herein are true and correct to the best of his knowledge and belief.

x_____
       MICHAEL   THRELKELD
       PRO SE PETITIONER


SUBSCRIBED AND SWORN TO BEFORE ME ON May 27th, 2008.

_____
       NOTARY PUBLIC

OFFICIAL SEAL
SHERWIN K. MILES
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-20-2012

Petitioner testified that Ronald called him and told him that he needed to turn himself in. (Tr. R. Vol. II D29) Petitioner testified that he never spoke to Asha, any of his roommates, or his mother that evening. (Tr. R. Vol. II D29) Petitioner testified that about 30 minutes after he got to his mother's house, the police officer he previously spoke to called him and told him that the guy he hit was dead. (Tr. R. Vol. II D30) Petitioner testified that he got scared, got his safe and fled. (Tr. R. Vol. II D30) Petitioner testified that he needed to get a lawyer because his driver's license was revoked, so he took his safe, entered I-55 and kept driving. (Tr. R. Vol. II D30-31) Petitioner testified that as he was driving, he was thinking that he had just hit someone and that he needed to turn himself in, but he knew that he needed to do it the right way and get a lawyer. (Tr. R. Vol. II D31) Petitioner testified that eventually he was stopped by a state trooper gave his brother's name, Kevin Williams and said that he was going to Champaign. (Tr. R. Vol. II D31) Petitioner testified that he now realizes that I-55 is the wrong way to Champaign. (Tr. R. Vol. II D32)

In rebuttal, the State entered a certified copy of conviction for petitioner which showed that petitioner was convicted of Delivery of a Controlled Substance in June of 1988. (Tr. R. Vol. II D70) Sergeant Williams testified that on January 14, 2000 at about 12:31 am, he interviewed petitioner and petitioner told him that he was drunk on Jan 13, 2000, that he had an accident; that he hit a red car, that he had consumed a pint of Seagrams gin and that he just happened to be driving in the area of 67th and Stony Island when he saw Asha in her car. (Tr. R. Vol. II D71)

The trial court found petitioner guilty of first degree murder. (Tr. R. Vol. II D77-114) On May 2, 2001, petitioner's post trial motion was denied and the trial court sentenced

22