IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. | ) | |
| MICHAEL THRELKELD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 08 C 1479 |
| | ) | |
| TERRY McCANN, | ) | The Honorable |
| | ) | William J. Hibbler, |
| Respondent. | ) | Judge Presiding. |

---

**NOTICE OF MOTION**

TO:    Michael Threlkeld, # K66117
       Stateville C.C.
       Route 53
       P.O. Box 112
       Joliet, Illinois 60434

On July 24, 2008 at 9:30 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable William J. Hibler, Room 1225, or any judge sitting in his stead in the courtroom usually occupied by him at 219 South Dearborn Street, Chicago, Illinois and present the attached Respondent's **Motion to Compel**.

LISA MADIGAN
Attorney General of Illinois

BY:    s/ JAY PAUL HOFFMANN
       JAY PAUL HOFFMANN
       Assistant Attorney General
       100 W. Randolph Street, 12th Floor
       Chicago, Illinois 60601-3218
       (312) 814-3421
       FAX: (312) 814-2253
       E-mail: jhoffmann@atg.state.il.us
       Att.Reg.No.: 6204296