**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Michael Threlkeld

                     Plaintiff,

v.                                     Case No.: 1:08–cv–01479
                                         Honorable William J. Hibbler

Terry McCann

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 24, 2008:

       MINUTE entry before the Honorable William J. Hibbler: Motion hearing held on 7/24/2008 regarding motion to compel[15]. Respondents' Motion to compel [15] is granted. Petitioner to respond by 8/21/08 as to status of case in state court. Respondents' answer is stayed until the next court date. Status hearing set for 9/9/2008 at 09:30 AM. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.