## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1479 | **DATE** | 9/9/2008 |
| **CASE TITLE** | THREKELD vs. MC CANN, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Petitioner's motion to deny the Attorney General's motion that was recently filed and the request for a stay is denied. Respondents to respond to the petition for habeas corpus by 10/9/08. Petitioner to reply by 11/20/08. Ruling by mail.

Docketing to mail notices.

00:09

| | Courtroom Deputy Initials: | JHC |
|---|---|---|